# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:22-cv-02424-WWB-EJK

MICHAEL R. MCNEIL,

    Plaintiff,

vs.

GLORIA D. ALTAVILLA, et al.,

    Defendants.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS GLORIA D. ALTAVILLA, and SUPERFLY VAPE, INC., d/b/a SUPERFLY VAPE

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Stipulatoin of Voluntary Dismissal, with prejudice, of this action, against Defendants, GLORIA D. ALTAVILLA, and SUPERFLY VAPE, INC., d/b/a SUPERFLY VAPE.

Respectfully submitted this 5th day of February 2023.

By: /s/ Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Office of Joe Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of February 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

  By: /s/ Joe M. Quick, Esq.
   Joe M. Quick, Esq.
   Florida Bar No.: 0883794
   Law Office of Joe Quick, P.A.
   *Counsel for Plaintiff*
   1224 S. Peninsula Drive #619
   Daytona Beach, Florida 32118
   Tel: (386) 212-3591
   E-mail: JMQuickesq@gmail.com