**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL R. MCNEIL,

    Plaintiff,

v.                                                     Case No. 6:22-cv-2424-WWB-EJK

GLORIA D ALTAVILLA and SUPERFLY
VAPE INC.,

    Defendants.
_____

## ORDER

THIS CAUSE is before the Court on Plaintiff's Stipulation of Voluntary Dismissal With Prejudice as to Defendants Gloria D. Altavilla and Superfly Vape, Inc. (Doc. 10), which this Court construes as a notice of voluntary dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on February 6, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record